UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IVORY BUGGS,<br><br>    Defendant. | CASE NO. CR 13-00814 JST<br><br>**ORDER DETAINING DEFENDANT PENDING TRIAL** |

Defendant Ivory Buggs is charged in an indictment with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g). The United States moved for the defendant's detention pursuant to 18 U.S.C. § 3142, and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f).

On January 7, 2014, following a hearing pursuant to 18 U.S.C. § 3142(f), and considering the Pretrial Services report, the indictment filed in this case, the proffers by both parties, and the factors set forth in 18 U.S.C. § 3142(g), the Court ordered the defendant detained, as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the appearance of the defendant as required. *See* 18 U.S.C. §§ 3142(e) and (f). In particular, the Court noted the defendant's history of difficulties under community supervision and his previous failures to appear in court.

Defendant is ordered detained as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the appearance of defendant as required. Defendant is committed to the

No. CR 13-00814 JST
DET'N ORDER

1  custody of the Attorney General or a designated representative for confinement in a corrections facility
2  separate, to the extent practicable, from persons awaiting or serving sentences or held in custody
3  pending appeal. *See* 18 U.S.C. § 3142(i)(2). Defendant must be afforded a reasonable opportunity to
4  consult privately with counsel. *See* 18 U.S.C. § 3142(i)(3). On order of a court of the United States or
5  on request of an attorney for the government, the person in charge of the corrections facility must deliver
6  defendant to the United States Marshal for a court appearance. *See* 18 U.S.C. § 3142(i)(4).

7  IT IS SO ORDERED.

9  DATED: January 9, 2014

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

No. CR 13-00814 JST
DET'N ORDER