STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant BUGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>IVORY BUGGS,<br><br>         Defendant. | No. CR 13-00814 JST<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 18, 2014 AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] ORDER |

The above-captioned matter is set on March 14, 2014 before the Hon. Jon S. Tigar for SETTING hearing.  The parties jointly request and stipulate that the Court continue the matter to April 18, 2014 at 9:30 a.m. for TRIAL SETTING hearing.  The parties agree and stipulate that the time until April 18, 2014 should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial.

The continuance is necessary because the government is reviewing lengthy audiotape evidence provided in discovery and highlighted by the defense that bear on the defendant's role in the charged offense.  The defense also continues to research and investigate this case, and the results of a genetic and fingerprinting examination of the firearm used in the charged offense are still pending.

Stip. Req. To Continue Hearing Date

DATED: March 12, 2014                                /s/
                                                     MANISH KUMAR
                                                     Special Assistant United States Attorney

DATED: March 12, 2014                                /s/
                                                     JOHN PAUL REICHMUTH
                                                     Assistant Federal Public Defender
                                                     Counsel for IVORY BUGGS

## ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the SETTING hearing in this case be continued to April 18, 2014 at 9:30 a.m. before the Hon. Jon S. Tigar. The court finds that the ongoing research and investigation of both counsel justify an exclusion of time under the Speedy Trial Act until April 18, 2014.

March  13 , 2014

                                                     _____
                                                     HON. JON S. TIGAR
                                                     United States District Judge